## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 1:25-mj-00127-SAB |
| **JASSIEL J. ARAGON PLIEGO** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee:    Jassiel J. Aragon Pliego

Detained at          Golden State Annex

Detainee is:    a.)    ☒ charged in this district by:    ☐ Indictment   ☐ Information  ☒ Complaint
charging detainee with:    36 CFR: 4.23(a)(1)&(2); 4.14(b); 2.1(a)(1)(ii)

or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ☒ return to the custody of detaining facility upon termination of proceedings

or    b.)    ☐ be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

*Appearance is necessary <u>03-19-2026 at 2:00 p.m.</u>. in the Eastern District of California.*

| | |
|---|---|
| Signature: | */s/ Cody S. Chapple* |
| Printed Name & Phone No: | CODY S. CHAPPLE |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **on 03/19/2026 at 2:00 p.m.**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:    **Feb 11, 2026**

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Jassiel Jaime Aragonpliego; Pliegoaragon | ☒Male   ☐Female | |
| Booking or CDC #: | | DOB: | 11/17/1995 |
| Facility Address: | 611 Frontage Rd, McFarland, CA 93250 | Race: | W |
| Facility Phone: | 661-792-2731 or 661-344-2595 or 559-266-2083 | FBI#: | 542571AE2 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____          _____
                                                              (signature)