# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASSIEL J. ARAGON PLIEGO,<br><br>Defendant. | Case No. 1:25-mj-00127-SAB-1<br><br>ORDER DIRECTING CUSTODIAN, AS WELL AS ANY OTHER FEDERAL AGENT FOR THIS DISTRICT, TO PRODUCE DEFENDANT FOR PURPOSES OF CRIMINAL PROCEEDING<br><br>(ECF Nos. 14, 16) |

On February 11, 2026, the Court held a status conference in this matter. (ECF No. 14.) However, Defendant-Detainee Jassiel J. Aragon Pliego refused to come to court. (Id.) On that same date, in light of the refusal, the Court issued a warrant for Defendant's willful failure to appear. (Id.) Additionally, the Court issued a writ of habeas corpus ad prosequendum for a subsequent status conference. (ECF No. 16.) As part of the writ, the Court stated that the relevant custodian, as well as any federal agent for this district, was ordered to produce Defendant-Detainee Jassiel J. Aragon Pliego for the March 19, 2026 status conference "and any further proceedings to be had in this cause . . . ." (Id.) This matter is now scheduled for a status conference on March 19, 2026, at 2:00 p.m. in Fresno before this Court. (ECF No. 14.)

The name of Defendant-Detainee is Jassiel J. Aragon Pliego. (ECF No. 16.) Defendant-Detainee Jassiel J. Aragon Pliego is detained at Golden State Annex. (Id.) Defendant-Detainee is charged in this District by complaint, charging Defendant-Detainee with 36 C.F.R. § 2.1(a)(1)(ii); 36 C.F.R. § 4.14(b); 36 C.F.R. § 4.23(a)(1); and 36 C.F.R. § 4.23(a)(2). (Id.)

Defendant-Detainee's appearance is necessary on **March 19, 2026, at 2:00 p.m.** in the Eastern District of California. (Id.) Defendant-Detainee shall return to the custody of the detaining facility upon termination of proceedings. (Id.)

Based on the granted application for a writ of habeas corpus ad prosequendum, the above-named custodian, as well as any federal agent for this district, is hereby ORDERED to produce the named Defendant-Detainee, JASSIEL J. ARAGON PLIEGO, on **March 19, 2026, at 2:00 p.m.**, and at the conclusion of the proceedings to return said detainee to the above-named custodian.

The Court DIRECTS the Clerk of the Court to place a copy of this order in the appropriate box for the United States Marshals Service.

IT IS SO ORDERED.

Dated:   **March 3, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2