CROWN LAW FIRM
Yan E. Shrayberman (State Bar #253971)
5151 North Palm Ave, Ste 100
Fresno, California 93704
Telephone:   (559) 779-2315
Facsimile:    (559) 442-1567

Attorney for Defendant
Jassiel J. Aragon Pliego

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | Court Case#:  1:25-MJ-00127-1 |
| Plaintiff, | **MOTION TO TERMINATE CJA APPOINTMENT OF YAN E. SHRAYBERMAN AS ATTORNEY OF RECORD AND ORDER** |
| v. | |
| JASSIEL J. ARAGON PLIEGO | |
| Defendant. | |

On November 20, 2025 , Defendant Jassiel J. Aragon Pliego was charged on federal charges.  CJA Panel Attorney Yan E. Shrayberman was appointed as trial counsel to represent Mr. Aragon Pliego on December 12, 2025 in the criminal case. Mr. Aragon Pliego was sentenced following change of plea on December 12, 2025. Mr. Aragon Pliego waived his appeal right pursuant to the plea. Mr. Aragon Pliego was in custody at sentencing. The trial phase of Mr. Aragon Pliego 's criminal case has, therefore, come to an end. Having completed his representation of Mr. Aragon Pliego, CJA attorney Yan E. Shrayberman now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Aragon Pliego require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of

CROWN LAW FIRM
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567

CROWN LAW FIRM
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567

California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: March 20, 2026                    CROWN LAW FIRM
                                         /s/ Yan E. Shrayberman
                                         YAN E. SHRAYBERMAN
                                         Attorney for Defendant
                                         Jassiel J. Aragon Pliego

## ORDER

Having reviewed the notice and found that attorney Yan E. Shrayberman has completed the services for which he was appointed, the Court hereby grants attorney Yan E. Shrayberman's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Jassiel J. Aragon Pliego 's status and contact information.

Jassiel J. Aragon Pliego
Mesa Verde ICE Processing Center
425 Golden State Avenue,
Bakersfield, CA 93301

IT IS SO ORDERED.

Dated:    **March 20, 2026**    _____
                                         STANLEY A. BOONE
                                         United States Magistrate Judge