# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JASSIEL J. ARAGON PILEGO,<br>Defendant. | Case No. 1:25-mj-00127-SAB-1<br><br>ORDER REQUIRING DEFENDANT TO SURRENDER TO THE UNITED STATES MARSHAL'S OFFICE IN FRESNO, CALIFORNIA ON NOVEMBER 13, 2026 |

On March 20, 2026, a judgment issued in this matter and Defendant Jassiel J. Aragon Pilego was ordered to serve a total of ten days of imprisonment. (ECF No. 20.) The defendant has set to serve his sentence as ordered in the judgment. In order to be committed to the custody of the Federal Bureau of Prisons to serve his sentence, the Defendant is ordered to self-surrender at the United States Marshal's office at 2500 Tulare Street, 3rd Floor, Fresno, CA 93721, on November 13, 2026 at 10:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, Defendant is HEREBY ORDERED to surrender to the United States Marshal's Office in Fresno, California **on November 13, 2026 by 10:00 a.m.** Defendant's failure to appear will result in an arrest warrant being issued. The Clerk of Court is ordered to serve the defendant with a copy of this Order at his address provided by the Court and serve defendant's former counsel of record.

IT IS SO ORDERED.

Dated: **November 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge